**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS W. WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. TAX ADVANTAGE, LLC, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS<br>                                               / | No. C 09-00280 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

      This matter is set for a hearing on April 10, 2009 on Plaintiff and Counter-Defendant's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 5, 2009 and a reply brief shall be filed by no later than March 12, 2009.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: February 19, 2009

                                                             JEFFREY S. WHITE<br>
                                                             UNITED STATES DISTRICT JUDGE