| | |
|---|---|
| 1 | WILLIAM A. LOGAN, JR. (Bar No. 115042) |
| | ANTHONY D. GILES (Bar No. 178876) |
| 2 | LOGAN & GILES LLP |
| | Mount Diablo Plaza |
| 3 | 2175 N. California Blvd, Suite 910 |
| | Walnut Creek, California 94596 |
| 4 | Tel: (925) 945-6792 |
| | Fax: (925) 945-8492 |
| 5 | E-mail: wal@logan-giles.com |
| 6 | Attorneys for Plaintiff |
| | Douglas W. Wright |
| 7 | |
| | BARBARA GIUFFRE (Bar No. 158180) |
| 8 | LAW OFFICES OF BARBARA GIUFFRE |
| | 351 California Street, Suite 700 |
| 9 | San Francisco, CA 94104 |
| | Telephone: 415/981-9114 |
| 10 | Facsimile: 415/434-0513 |
| | Barbara@igc.org |
| 11 | |
| | Counsel for Defendants |
| 12 | U.S. TAX ADVANTAGE, LLC and |
| | MARK C. GASBARRA |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS W. WRIGHT, an individual, | No. C-09-00280 BZ (EMC) |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE: TAKING SETTLEMENT CONFERENCE CURRENTLY SCHEDULED FOR FEBRUARY 4, 2010 OFF CALENDAR** |
| v. | |
| U.S. TAX ADVANTAGE, LLC, a purported limited liability company; MARK C. GASBARRA, an individual, and DOES 1-5, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS, the parties, on January 27, 2010, have signed a written Settlement Agreement to resolve this dispute;

1

STIPULATION AND PROPOSED ORDER FOR SETTLEMENT CONFERENCE CALENDARING

WHEREAS, this case has not yet been dismissed, but it should be shortly, after the 7-day revocation period expires, etc;

NOW, THEREFORE,

The parties, through their attorneys, hereby stipulate to taking the February 4, 2010 Settlement Conference off calendar. The parties, or either or them, shall contact Magistrate Judge Chen's chambers and request a new date for a Settlement Conference before the trial date in this case if a Settlement Conference were to become necessary.

Dated: January 29, 2010   LOGAN & GILES, LLP

By *(signature)*
William A. Logan, Jr.

Attorneys For Plaintiff and Counter-Defendant
Douglas W. Wright

Dated: January 29, 2010   LAW OFFICES OF BARBARA GIUFFRE

By *(signature)*
Barbara Giuffre

Attorney For Defendant and Counter-claimant U.S. Tax Advantage, LLC and Mark Gasbarra

(see next page for Proposed Order)

WILLIAM A. LOGAN, JR. (Bar No. 115042)
ANTHONY D. GILES (Bar No. 178876)
LOGAN & GILES LLP
Mount Diablo Plaza
2175 N. California Blvd, Suite 910
Walnut Creek, California 94596
Tel: (925) 945-6792
Fax: (925) 945-8492
E-mail: wal@logan-giles.com

Attorneys for Plaintiff
Douglas W. Wright

BARBARA GIUFFRE (Bar No. 158180)
LAW OFFICES OF BARBARA GIUFFRE
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: 415/981-9114
Facsimile: 415/434-0513
Barbara@igc.org

Counsel for Defendants
U.S. TAX ADVANTAGE, LLC and
MARK C. GASBARRA

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF CONTRA COSTA**

| | |
|---|---|
| DOUGLAS W. WRIGHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>U.S. TAX ADVANTAGE, LLC, a purported limited liability company, MARK C. GASBARRA, an individual, and DOES 1-5,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | No. C-09-00280-BZ (EMC)<br><br>UNLIMITED JURISDICTION<br><br>**[PROPOSED] ORDER TAKING SETTLEMENT CONFERENCE CURRENTLY SCHEDULED FOR FEBRUARY 4, 2010 OFF CALENDAR** |

1 | The Court, considering the Stipulation and Order of the Parties, hereby ORDERS that the
2 | Settlement Conference in this case scheduled for February 4, 2010 at 9:30 AM be vacated.

Dated: February 1, 2010

_____
Magistrate Judge Edward M. Chen

IT IS SO ORDERED

Judge Edward M. Chen